# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

138603

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 138603
COA: 281764
Shiawassee CC: 07-005024-FC

DAVID GADDIS STUCKEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk

l0916